UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
No. 1:22-CV-02952

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 05 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,
Plaintiff,

v.

$42,540.00 IN U.S. CURRENCY,
Defendant.

VERIFIED CLAIM

## DON L. DEVEGA, III VERIFIED CLAIM OF INTEREST

1. Pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, Claimant Don L. Devega, III, by and through the undersigned counsel, hereby files this verified claim and asserts his legal interest and right in the Defendant *in rem*.

2. Mr. Devega is an innocent owner who has a claim to, interest in, and right to the entire $42,540.00 in United States currency seized from his person by the United States.

3. The currency seized is not proceeds of any specified unlawful activity, any nefarious activity whatsoever, nor intended for any criminal purpose.

4. The currency was not involved in any illegal activity.

5. WHEREFORE, Mr. Devega demands the return of his property, the right to defend this action, contest the illegal forfeiture, and demands the restoration of his property rights.

Respectfully submitted, this the 4th day of October, 2022.

PRUDEN LAW
/s/ William C. Pruden
William C. Pruden
N.C. State Bar # 52690
1052 Mills Street
Raleigh, NC 27608
(252) 339-3355 (TEL)

william@prudenlawpllc.com
*Attorney for Claimant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below he filed the foregoing with the Clerk of Court 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, with copies of each served upon Assistant U.S. Attorney Norman L. Barnett, 75 Ted Turner Drive, SW, Suite 600, Atlanta, GA 30303 through certified mail.

This the 4th Day of October, 2022

/s/ William C. Pruden
William C. Pruden

## VERIFICATION

**DON L. DEVEGA, III** attests and declares under penalty of perjury that he is the Claimant in the above-entitled action; that he has read the foregoing CLAIM and knows the contents thereof; and, that the same is true of his own knowledge.

This the 4th day of October, 2022.

*Don D. V...* (signature)

**DON L. DEVEGA, III**

10/4/22

Clerk of Court
75 Ted Turner Drive
SW Atlanta GA 30303

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 05 2022

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
No. 1:22-CV-02952

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>$42,540.00 IN U.S. CURRENCY,<br>Defendant. | VERIFIED CLAIM |

### DON L. DEVEGA, III VERIFIED CLAIM OF INTEREST

1. Pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, Claimant Don L. Devega, III, by and through the undersigned counsel, hereby files this verified claim and asserts his legal interest and right in the Defendant *in rem*.

2. Mr. Devega is an innocent owner who has a claim to, interest in, and right to the entire $42,540.00 in United States currency seized from his person by the United States.

3. The currency seized is not proceeds of any specified unlawful activity, any nefarious activity whatsoever, nor intended for any criminal purpose.

4. The currency was not involved in any illegal activity.

5. WHEREFORE, Mr. Devega demands the return of his property, the right to defend this action, contest the illegal forfeiture, and demands the restoration of his property rights.

Respectfully submitted, this the 4th day of October, 2022.

PRUDEN LAW
/s/ William C. Pruden
William C. Pruden
N.C. State Bar # 52690
1052 Mills Street
Raleigh, NC 27608
(252) 339-3355 (TEL)

william@prudenlawpllc.com
*Attorney for Claimant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below he filed the foregoing with the Clerk of Court 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, with copies of each served upon Assistant U.S. Attorney Norman L. Barnett, 75 Ted Turner Drive, SW, Suite 600, Atlanta, GA 30303 through certified mail.

This the 4th Day of October, 2022

/s/ William C. Pruden
William C. Pruden

# VERIFICATION

**DON L. DEVEGA, III** attests and declares under penalty of perjury that he is the Claimant in the above-entitled action; that he has read the foregoing CLAIM and knows the contents thereof; and, that the same is true of his own knowledge.

This the 4th day of October, 2022.

*[signature]*

**DON L. DEVEGA, III**

10/4/22

Re: Don Devega

Atty Norman Barnett
75 Ted Turner Drive
SW Suite 600
Atlanta GA. 30303




PRESS FIRMLY TO SEAL                                                      PRESS FIRMLY

# PRIORITY MAIL EXPRESS®

**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)   PHONE ( 919 ) 880-2124

Pruden Law
1100 Fayetville St. Ste.1100
Raleigh NL 27601

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

To schedule free Package Pickup,
scan the QR code.

TO: (PLEASE PRINT)   PHONE ( )
Clerk of Court
Norman Barnett
75 Ted Turner Drive
SW Atlanta GA 30303





ZIP + 4® (U.S. ADDRESSES ONLY)

USPS.COM/PICKUP

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⇦ **PEEL FROM THIS CORNER**


PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2