UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

   v.

$42,540.00 IN UNITED STATES
CURRENCY,

      Defendant.

CIVIL ACTION NO.
1:22-cv-02952-JPB

## **ORDER**

The record indicates that Plaintiff served Defendant on August 23, 2022.

[Doc. 3].  Because of multiple extensions, the answer date was extended through

and including August 28, 2023.  Even though Defendant has not answered,

Plaintiff has not asked for a clerk's entry of default or proceeded with obtaining a

default judgment.  See Fed. R. Civ. P. 55 (providing procedure for obtaining a

default judgment).  Accordingly, the Court **DIRECTS** Plaintiff to file no later than

September 5, 2023, either: (1) a request for a clerk's entry of default; or (2) a

notice explaining why Plaintiff is not seeking default at this time.

Failure to comply with this Order may result in dismissal.  In the event the

motion is not filed, the Clerk is **DIRECTED** to submit the case at the expiration of

the applicable time period.

**SO ORDERED** this 30th day of August, 2023.

J. P. BOULEE
United States District Judge